| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) MERRITT, Gilbert S. | 2. Court or Organization U.S. Court of Appeals for the Sixth Circuit | 3. Date of Report 5/11/04 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (senior) U.S. Court of Appeals | 5. Repor Typ (check appropriate type) ___ Nomination, Date _____ ___ Initial  X Annual  ___ Final | 6. Reporting Period 1/01/03 - 12/31/03 |
| 7. Chambers or Office Address 303 U.S. Customs House 701 Broadway Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| Partner | Southern Properties & Co. (▓▓▓▓ real estate partnership) |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

NONE (No reportable non-investment income.)

| 2003 | Vanderbilt Univ. Law School -- teaching | $ 5,000 |
|---|---|---|
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

NONE (No reportable non-investment income.)

| 2003 | Southern Properties : rent | |
|---|---|---|
| | | |

RECEIVED May 13 12 19 PM '04 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | Dept. of Justice<br>Baghdad, Iraq | Per diem reimbursement for 41 days as member of delegation to assess legal system and make recommendations |
| 3 | | 5/4/03 – 6/30/03 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Union Planters Bank | Mortgage on Cookeville | P1 |
| 2 | Nashville, TN | Commons Shopping Center<br>(See § VII, line 7) | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:
| | | | |
|---|---|---|---|
| J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
| N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | |
| P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | P4=50,000,001 or more | |

| Name of Person Reporting | Date of Report |
|---|---|
| MERRITT, Gilbert S. | 5/11/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| Southern Properties & Co. | | | | | | | | | |
| (A) Westgate Shopping Ctr. | G | rent | P1 | W | | | | | |
| (B) White Castle Nashville, TN | E | rent | N | W | | | | | |
| (C) 3 rental houses Nashville, TN | E | rent | N | W | | | | | |
| (D) Cash--interest bearing | E | int. | M | T | | | | | |
| Check & savings accts. SunTrust Bank Nashville, TN | A | int. | L | T | | | | | |
| Cookeville Commons Shopping Center Cookeville, TN | G | rent | P1 | W | | | | | |
| Oakwood Farm -- ▬▬▬ hermitage, TN | G | rent | P1 | W | partial sale | 1/9/03 | P1 | E1 | Phillips Bldrs. |
| Art collection -- Paintings | | none | M | W | | | | | |
| Airplane | | none | M | W | | | | | |
| SunTrust Bank Account | E | int. | M | T | | | | | |
| Berkshire Hathaway Heartland Express | A A | Div. Div. | K L | T T | | | | | |
| Sigma Aldrich Equity Resid. Prop. Trust | A A | Div. Div. | L L | T T | | | | | |
| K-Mart | A | Div. | J | T | Sold 5/21/03 | | J | A | |
| Tech Iata Corp. | A | Div. | L | T | | | | | |
| US Treas. Bills or Notes | D | int. | O | | 5 sales and 4 purchases for rein-vestment throughout the year by Schwab | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,01-$50, |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance ██████████████████████ et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████████████  Date  May 11, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544